**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

|  |  |  |
|---|---|---|
| TYCHE LICENSING LLC, | § | Case No. 2:22-cv-00151-JRG-RSP |
|  | § |  |
| Plaintiff, | § | **JURY TRIAL DEMANDED** |
|  | § |  |
| v. | § |  |
|  | § |  |
| TEXAS INSTRUMENTS | § |  |
| INCORPORATED, | § |  |
|  | § |  |
| Defendant. | § |  |

**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME FOR
PLAINTIFF TYCHE LICENSING LLC TO COMPLY WITH P. R. 3-1 & 3-2
(INFRINGEMENT CONTENTIONS) AND FOR DEFENDANT TEXAS
INSTRUMENTS INCORPORATED TO COMPLY WITH P. R. 3-3 & 3-4
(INVALIDITY CONTENTIONS) AND STANDING ORDER REGARDING
SUBJECT-MATTER ELIGIBILITY CONTENTIONS**

Before the Court is Plaintiff Tyche Licensing LLC's ("Tyche" or "Plaintiff") Joint Motion for Extension of Time to Comply with P. R. 3-1 & 3-2 (Infringement Contentions) and Defendant Texas Instruments Incorporated's ("TI" or "Defendant") Joint Motion for Extension of Time to Comply with P. R. 3-3 & 3-4 (Invalidity Contentions) and to comply with the Standing Order Regarding Subject-Matter Eligibility Contentions.

After consideration, the Court **GRANTS** the Joint Motion for Extension of Time. It is therefore **ORDERED** that Tyche will have from September 8, 2022 up to and including **September 21, 2022** to comply with P. R. 3-1 & 3-2 (Infringement Contentions). It is further **ORDERED** that Defendant will have from November 3, 2022 up to and including **November 16, 2022** to comply with P. R. 3-3 & 3-4 (Invalidity Contentions) and to comply with the Standing Order Regarding Subject-Matter Eligibility Contentions.